

**ORDERED in the Southern District of Florida on August 27, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Palm Beach Finance Partners, L.P. and                  Case No. 09-36379-BKC-PGH
Palm Beach Finance II, L.P.,

Debtors.
_____/

Barry E. Mukamal, as Liquidating Trustee,              Adv. Case No. 11-2940-PGH

     Plaintiff,
v.

The National Christian Charitable
Foundation, Inc., d/b/a The National
Christian Foundation, Inc.,

     Defendant.
_____/

**ORDER ON PLAINTIFF'S EXPEDITED MOTION TO STRIKE
PORTIONS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 70]
BEYOND THE SCOPE OF THIS COURT'S ORDER GRANTING LEAVE [ECF NO. 39]**

**THIS CAUSE** came before the Court on August 21, 2104 at 1:00 p.m. (the "*Hearing*") upon the *Plaintiff's Expedited Motion to Strike Portions of Defendant's Motion for Summary Judgment Beyond the Scope of This Court's Order Granting Leave* [ECF No. 73] (the "*Motion*").[1] The Court, having reviewed the Motion and related pleadings, having heard arguments of counsel at the Hearing, having reviewed the file, and based on the record, it is:

**ORDERED** as follows:

1.  The Court shall defer ruling on Sections II and III of the Defendant's Summary Judgment Motion [ECF No. 70 at p. 18-21] (seeking to (i) bar the Plaintiff's fraudulent transfer claims by applying the Minnesota exemption for contributions to a qualified charitable or religious organization and (ii) dismiss Plaintiff's unjust enrichment claim) until such time as the Court has ruled on the choice of law issue and either (a) fact discovery as to items (i) and/or (ii) above has closed and the parties agree to a briefing schedule relating thereto, or (b) this Court, upon an appropriate motion, grants one or both of the parties leave to seek summary judgment as to items (i) and/or (ii).

###

**Submitted By:**
Jessica L. Wasserstrom, Esquire
Florida Bar No. 985820
jwasserstrom@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:        (305) 358-1221

**Copies Furnished To:**
Jessica L. Wasserstrom, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1]  All capitalized terms not defined in this Order shall have the meaning ascribed to such term as set forth in the Motion.